UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60643-CIV-ALTMAN/Hunt

**ZELDA BRODOWICZ**,

    *Plaintiff*,

v.

**WALMART, INC.** *et al.*,

    *Defendants*.

_____/

## ORDER IN CASES WITH MULTIPLE DEFENDANTS

To better manage the orderly progress of the case, the Court hereby **ORDERS** as follows:

1. The Plaintiff(s) in this case shall file proof of service, as to each Defendant, within seven days of perfecting service on each Defendant.

2. The Defendants shall file their responses and motions jointly.[1] But they may file separate *answers*. The time for responsive pleadings—for all Defendants—begins to run when the last Defendant is served.

   a. If conflicts of position exist, the Defendants shall file a *motion for leave to file separate responses*, in which they must describe what those conflicts are.

   b. If the Defendants need more than twenty pages for their joint responses or motions, they shall file a *motion for leave to file excess pages*, which the Court will consider expeditiously.

3. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

---

[1] If the Defendants file a joint response or motion, it must contain *all* bases for dismissal, stay, abstention, or other relief the Defendants intend to raise. Nothing in this Order precludes the Defendants from later raising (non-waivable) jurisdictional defenses.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of March 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record