UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:21-cv-60643-RKA

ZELDA BRODOWICZ, DEREK ELLIS,
and HAROLD NYANJOM, individually and
on behalf of all others similarly situated

       Plaintiffs,

v.

VIRGIN SCENT, INC., d/b/a ARTNATURALS,
INC., and WALMART, INC.,

       Defendants.
_____/

**NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION FOR ADMINISTRATIVE STAY OR CLOSURE**

Plaintiffs Zelda Brodowicz, Derek Ellis, and Harold Nyanjom ("Plaintiffs") and Defendants Virgin Scent Inc., d/b/a Artnaturals, Inc., and Walmart, Inc. ("Defendants"), (collectively, "the Parties"), pursuant to Local Rule 16.4, provide the following notice of settlement in principle.

    1.    A mediation was held on Wednesday, January 25, 2023 in Naples, Florida. All parties and insurers attended either in person or by Zoom. At the conclusion of the mediation, the Parties continued their settlement discussions, with additional assistance and guidance from the mediator, Judge Wayne Anderson (Ret.).

    2.    The Parties are pleased to report that, Friday afternoon, January 27, 2023, they reached an agreement in principle to resolve the global hand sanitizer class litigation against Defendants on a classwide basis.

131945377.1

3. The oral agreement to resolve the litigation is contingent upon (a) the Parties' agreement to a written settlement term sheet, which the Parties anticipate completing within seven days, and (b) the preparation and execution of a written Settlement Agreement, which will be submitted to the Court for approval along with a motion for preliminary approval of a class action settlement, class notice, and related papers, which the Parties believe can be prepared and filed within 60 days after the completion of a settlement term sheet.

4. In light of this report, the Parties respectfully request that the Court stay this matter (including holding in abeyance rulings on pending motions, including the Plaintiffs' motion to compel and the Defendants' motion to dismiss), or alternatively, to administratively close the matter, for a period of 90 days. The Parties believe 90 days is sufficient time for them to finalize and agree to a settlement term sheet, prepare and agree to a Settlement Agreement, and prepare and file a motion for preliminary approval of a class action settlement.

Dated: January 30, 2023

Respectfully submitted,

| /s/ George T. Williamson | /s/ David J. Walz |
|---|---|
| Ruben Honik (pro hac vice) | David J. Walz (FBN 697273) |
| ruben@honiklaw.com | dwalz@carltonfields.com |
| David J. Stanoch (pro hac vice) | D. Matthew Allen (FBN 866326) |
| david@honiklaw.com | mallen@carltonfields.com |
| HONIK LAW LLC | CARLTON FIELDS, P.A. |
| 1515 Market St., Suite 1100 | 4221 W. Boy Scout Blvd., Suite 1000 |
| Philadelphia, PA 19102 | Tampa, FL 33607-5780 |
| (267) 435-1300 | (813) 223-7000 |
| | (813) 229-4133 |
| Daniel Nigh | |
| dnigh@levinlaw.com | Robert W. Pass (FBN 183169) |
| LEVIN, PAPANTONIO, THOMAS, | rpass@carltonfields.com |
| MITCHELL RAFERTY & PROCTOR, P.A. | 215 S. Monroe Street, Suite 500 |
| 316 South Baylen Street Pensacola, FL 32502 | Tallahassee, FL 32301-1866 |
| (805) 435-7013 | (850) 224-1585 |
| | (850) 222-0398 |

131945377.1

| | |
|---|---|
| Conlee S. Whiteley (pro hac vice)<br>c.whiteley@kanner-law.com<br>KANNER & WHITELEY, LLC<br>701 Camp Street<br>New Orleans, LA 70130 (504) 524-5777<br><br>George T. Williamson (FL Bar No. 85585)<br>gwilliamson@farr.com<br>FARR, FARR, EMERICH, HACKETT,<br>CARR & HOLMES, P.A.<br>99 Nesbit Street<br>Punta Gorda, FL 33950<br>(941) 639-1158<br><br>*Attorneys for Plaintiffs Zelda Brodowicz, Derek Ellis, and Harold Nyanjom* | Benjamin Reid (FBN 183522)<br>breid@carltonfields.com<br>CARLTON FIELDS, P.A.<br>2 Miami Central<br>700 NW 1st Avenue, Suite 1200<br>Miami, Florida 33136-4118<br>(305) 530-0050<br>(305) 530-0055<br><br>*Attorneys for Defendants, Virgin Scent, Inc., d/b/a Artnaturals, Inc., and Walmart Inc.* |

131945377.1