UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60643-CIV-ALTMAN/Hunt

**ZELDA BRODOWICZ**,

    *Plaintiff*,

v.

**WALMART, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER

The parties have resolved their dispute. *See* Notice of Settlement [ECF No. 80]. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal and a motion for preliminary approval of the class-action settlement by **April 28, 2023**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 31, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record