UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60643-ALTMAN/Hunt

**ZELDA BRODOWICZ, DEREK ELLIS,** and
**HAROLD NYAMJOM**, *individually and on behalf of*
*all others similarly situated*,

    *Plaintiffs*,

v.

**WALMART, INC.**, *et al.*,

    *Defendants.*

_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS

The Plaintiffs filed an Unopposed Motion for Attorneys' Fees and Costs (the "Motion") [ECF No. 85]. After careful review, we **GRANT** the Motion as follows:

1. Class Counsel[1] are awarded $55,147.48 in costs from the settlement fund.

2. Class Counsel are awarded $1,010,950.84 in attorneys' fees from the settlement fund.

**DONE AND ORDERED** in the Southern District of Florida on May 22, 2023.

                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] (as defined in our Order Granting Preliminary Approval of the Settlement [ECF No. 88])